# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD PAUL BRYANT,<br><br>　　　　　　　　　　Petitioner,<br>　vs.<br>L. SCRIBNER,<br><br>　　　　　　　　　　Respondent. | CASE NO. 06cv1856 JM(LSP)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On August 13, 2007 Magistrate Judge Papas entered a Report and Recommendation recommending the denial of the petition for writ of habeas corpus ("R & R"). Petitioner seeks habeas review challenging the imposition of 150 days Forfeiture of Credit and the imposition of a term in the secure housing unit following his September 30, 2003 Rules Violation Hearing. The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended that the petition be denied on the merits. Petitioner has filed objections to the R & R ("Objections"). Respondent did not file a reply to the Objections.

In his Objections, Petitioner sets forth essentially the same arguments raised in the petition and addressed in the R & R. Instead of responding to these arguments a second time, the court adopts the R & R in its entirety. The petition for habeas corpus is denied with prejudice.

**IT IS SO ORDERED.**

DATED: November 5, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties